UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 20-129 NEB/HB

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 844(c) |
| | 18 U.S.C. § 844(i) |
| v. | 18 U.S.C. § 853(p) |
| | 18 U.S.C. § 982(a)(2)(B) |
| SAMUEL ELLIOTT FREY, | 18 U.S.C. § 982(b)(1) |
| | 28 U.S.C. § 2461(c) |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Arson)

On or about May 28, 2020, in the State and District of Minnesota, the defendant,

**SAMUEL ELLIOTT FREY,**

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building used in interstate or foreign commerce and in activity affecting interstate or foreign commerce, namely, the Great Health and Nutrition retail store located at 1360 University Avenue West, in St. Paul, Minnesota, all in violation of Title 18, United States Code, Section 844(i).

### FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the defendant, **SAMUEL ELLIOTT FREY,** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and pursuant

SCANNED
JUN 30 2020
U.S. DISTRICT COURT MPLS

United States v. Samuel Elliott Frey

to Title 18, United States Code, Section 844(c) and Title 28, United States Code, Section 2461(c), any explosive materials involved or used or intended to be used in the violation.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____         _____
UNITED STATES ATTORNEY                FOREPERSON