## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>Samuel Elliott Frey (1),<br><br>                Defendant. | Criminal No. 20-cr-129-1 (NEB/HB)<br><br>**ARRAIGNMENT ORDER** |

A hearing was held before the undersigned United States Magistrate Judge on September 14, 2020. Defendant was present in court with his attorney, Marcus Almon, CJA Appointed Counsel. The government was represented by Matthew Ebert, Assistant United States Attorney.

Defendant identified himself by name and age; waived the reading of the Indictment and the Superseding Indictment; and entered a plea of not guilty. Counsel has already been advised of pretrial and trial dates in a prior order (ECF No. 41) from the Court. The parties will be advised of all new dates by separate order.

Dated: September 15, 2020                    s/ *Hildy Bowbeer*
                                                          HILDY BOWBEER
                                                          United States Magistrate Judge