PS 8
(Rev 5/10)

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

Filed Under Seal

U.S.A.  vs. Samuel Elliott Frey                    Docket No. 0864 0:20CR00129-001(NEB/HB)

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Krystal A. Taylor, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Samuel Elliott Frey** who was placed under pretrial supervision by the  Honorable Hildy Bowbeer, sitting in the Court at St. Paul on the 11th day of  June,  2020, under the following special conditions:

- Pretrial Services Supervision
- Surrender Passport
- Obtain No New Passport
- Travel Restrictions
- No Contact with Victim/Witness
- Mental Health Assessment and Treatment
- Halfway House
- Weapons Restriction
- No Illegal Use of Controlled Substances
- Substance Abuse Testing and No Tampering with Substance Abuse Testing
- Report Contact with Law Enforcement
- Device Free Location Restriction - Home Detention
- Alcohol Abstinence
- Comply with directives of state case
- Search/Seizure

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is pending disposition for the offense of Arson, in violation of 18 U.S.C. § 844(i).

The defendant is Court-ordered to reside in a pretrial halfway house.  On October 28, 2020, the defendant was unsuccessfully terminated from the Reentry West Halfway House due to violating the rules of the facility.

Since his release on bond in June 2020, the defendant has resided at the halfway house where he has received several major and minor rule violations.  The parties have been informed of prior noncompliance.  The defendant has since received a serious misconduct violation, and as remarked, he has been terminated from the program effective October 28, 2020.  Due to concerns as to the defendant's behavior, the halfway house is requesting swift action be taken.  The termination report from the halfway house is pending.

The above actions violate the defendant's conditions of release pursuant to 18 U.S.C. § 3148.

Petition for Action on Conditions of Pretrial Release                    RE: Samuel Elliott Frey
Page 2


PRAYING THAT THE COURT WILL ORDER:

That a warrant be issued for the defendant's arrest and a hearing be held to show cause why his pretrial release should not be revoked.

<table>
<tr><td>

ORDER OF THE COURT

Considered and ordered this __28__ day of __Oct__, 2020, and ordered filed and made a part of the records in the above case.

_____
Honorable Becky R. Thorson
U.S. Magistrate Judge

</td><td>

I declare under penalty of perjury that the foregoing is true and correct.

s/Krystal A. Taylor
_____
Krystal A. Taylor
U.S. Probation Officer
612-664-5352


Executed on     October 28, 2020

Place           Minneapolis

Approved:

s/Nicole Smith
_____
Nicole Smith
Supervising U.S. Probation Officer

</td></tr>
</table>