# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,

                *Plaintiff,*

v.                                      Case No. 0:20–cr–00129–NEB–HB(Dft 1)

Samuel Elliott Frey,

                *Defendant.*

**ARREST WARRANT**

To:   Any authorized law enforcement officer

     ***YOU ARE COMMANDED*** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Samuel Elliott Frey,

who is accused of an offense or violation based on the following document filed with the court:  ( ) Order of Court
( ) Indictment   ( ) Superseding Indictment   ( ) Information   ( ) Superseding Information   ( ) Complaint
( ) Probation Violation Petition   ( ) Supervised Release Violation Petition   ( X ) Pretrial Violation Petition

This offense is briefly described as follows:
Violation of Pretrial Release

Date:    October 29, 2020

                                                                  Kate M. Fogarty, Clerk of Court

City and state:   Minneapolis, MN

                                                                  *Printed name and title*

---

**Return**

    This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____

at *(city and state)* _____ .

Date: _____

                                                                 *Arresting officer's signature*

                                                                  *Printed name and title*

*This second page contains personal identifiers provided for law−enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.*

*(Not for Public Disclosure)*

Name of defendant/offender:   Samuel Elliott Frey

Known aliases: 

Last known residence: 

Prior addresses to which defendant/offender may stll have ties: 

Last known employment: 

Last known telephone numbers: 

Place of birth: 

Date of birth: 

Social Security number: 

Height:                                          Weight: 

Sex:                                             Race: 

Hair:                                            Eyes: 

Scar, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 

Complete description of auto: 

Investigative agency and address: 

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*: