**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REVOCATION
## COURT MINUTES - CRIMINAL

BEFORE: Becky R. Thorson
U.S. MAGISTRATE JUDGE

United States of America,

           Plaintiff,

v.

Samuel Elliott Frey (1),

           Defendant.

| | |
|---|---|
| Case No: | 20-cr-129 NEB/HB |
| Date: | October 30, 2020 |
| | Video Conference |
| Time Commenced: | 1:58 p.m. |
| Time Concluded: | 2:16 p.m. |
| Time in Court: | 18 minutes |

**APPEARANCES:**

Plaintiff: Joe Thompson, Assistant U.S. Attorney
Defendant: Doug Micko, Assistant Federal Public Defender
    X FPD     X Previously appointed

Date Charges Filed: 10/29/2020      Offense: Termination from halfway house

    X Waived Reading of Charges      X Advised of Rights

on    Violation of   X Pre-trial Release

X Defendant released on previous and additional conditions. Order forthcoming.

Additional Information:
X Defendant consents to this hearing via video conference.

                                                                              s/ ACH
                                                       Signature of Courtroom Deputy