# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

### ORDER

United States of America,

Plaintiff,

v.

Samuel Elliott Frey,

Defendant,

Docket No. 0864 0:20CR00129-001(NEB/HB)

IT IS HEREBY ORDERED that the defendant's conditions of release are modified as followed:

The condition that the defendant maintain residence at a halfway house or community corrections center, and observe the rules and regulations of that facility, is vacated.

The following conditions are now imposed. The defendant must:

o   Reside at an address as approved by Pretrial Services.

o   Be restricted to his approved residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; court obligations; or discretionary leave activities as approved by the probation officer.

All other conditions of release as previously imposed remain in effect.

Dated:   _Oct 30, 2020_   _____

Becky R. Thorson
U.S. Magistrate Judge