F#11130087

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,
                        Plaintiff,

v.

Samuel Elliott Frey,
                        Defendant.

2141-1029-0149-B

Case No. 0:20-cr-00129-NEB-HB(Dft 1)

**RECEIVED**
By U.S. Marshal, Saint Paul, MN at 12:10 pm, Oct 29, 2020

RECEIVED NOV 09 2020 CLERK, U.S. DISTRICT COURT ST. PAUL, MINNESOTA

## ARREST WARRANT

To:  Any authorized law enforcement officer

    ***YOU ARE COMMANDED*** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Samuel Elliott Frey,

who is accused of an offense or violation based on the following document filed with the court:  ( ) Order of Court
( ) Indictment    ( ) Superseding Indictment    ( ) Information    ( ) Superseding Information    ( ) Complaint
( ) Probation Violation Petition    ( ) Supervised Release Violation Petition    ( X ) Pretrial Violation Petition

This offense is briefly described as follows:
Violation of Pretrial Release

Date:    October 29, 2020

                      *M. Fogarty*

                      Kate M. Fogarty, Clerk of Court

City and state:    Minneapolis, MN

                      *Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

                      *Arresting officer's signature*

ARRESTED ON 10/20/2020
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY: _____

*Printed name and title*

SCANNED NOV 10 2020 U.S. DISTRICT COURT ST. PAUL