F#11130087    **UNITED STATES DISTRICT COURT**
for the
District of Minnesota

RECEIVED
NOV 0 9 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

United States of America,

                  *Plaintiff,*    2141-1029-0149-B

v.    Case No. 0:20-cr-00129-NEB-HB(Dft 1)

Samuel Elliott Frey,

                  *Defendant.*

RECEIVED
By U.S. Marshal, Saint Paul, MN at 12:10 pm, Oct 29, 2020

## ARREST WARRANT

To:  Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Samuel Elliott Frey ,

who is accused of an offense or violation based on the following document filed with the court:  (  ) Order of Court
(  ) Indictment    (  ) Superseding Indictment    (  ) Information    (  ) Superseding Information    (  ) Complaint
(  ) Probation Violation Petition    (  ) Supervised Release Violation Petition    ( X ) Pretrial Violation Petition

This offense is briefly described as follows:
Violation of Pretrial Release

Date:    October 29, 2020    _____
                                                                       Kate M. Fogarty, Clerk of Court

City and state:    Minneapolis, MN
                                                                           *Printed name and title*

|  | **Return** |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |  |

Date:    _____    _____
                                                        *Arresting officer's signature*

ARRESTED ON  10/20/2020
ARRESTED BY  USMS

                                                         *Printed name and title*

U.S. MARSHAL
DISTRICT OF MINNESOTA
BY: _____

SCANNED
NOV 1 0 2020
U.S. DISTRICT COURT ST. PAUL