# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>v.<br><br>Samuel Elliott Frey,<br>                    Defendant, | Docket No. 0864 0:20CR00129-001(NEB)<br><br>**Order Modifying<br>Conditions of Pretrial Release** |

IT IS HEREBY ORDERED that the following be added to the defendant's conditions of release:

The defendant shall complete a substance abuse assessment within 30 days and participate in a program for substance abuse as approved by the supervising officer.

All other conditions of release as previously imposed shall remain in effect.

Dated: July 20, 2021          s/Nancy E. Brasel
                                                       Nancy E. Brasel
                                                       U.S. District Judge