UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-CR-129-01(NEB/HB)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAMUEL ELLIOTT FREY )<br>)<br>Defendant. ) | **ORDER SEALING DOCUMENTS** |

Matthew S. Ebert and Joseph Scott Teirab, Assistant United States Attorneys, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Marcus Almon, 287 East Sixth Street, Suite 20, St. Paul, MN 55101, counsel for Defendant.

_____

This matter comes before the Court on the defendant's Motion to Seal Document. Based upon all the records and proceedings herein,

IT IS HEREBY ORDERED that the defendant's Motion to Seal Document ECF Docket No. 115 is granted.

Dated:_____                    _____
                                            Honorable Nancy E. Brasel
                                            United States District Court Judge