# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
## SENTENCING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** | |
|---|---|---|---|
| Plaintiff, | ) | Case No: | 20-cr-129 (1) (NEB/HB) |
| | ) | Date: | January 7, 2022 |
| v. | ) | Courthouse: | Minneapolis |
| | ) | Courtroom: | 13W |
| SAMUEL ELLIOTT FREY, | ) | Court Reporter: | Erin Drost |
| | ) | Time Commenced: | 10:25 a.m. |
| | ) | Time Concluded: | 11:15 a.m. |
| | ) | Time in Court: | 40 minutes |
| Defendant. | ) | | |

Before Nancy E. Brasel, United States District Judge.

APPEARANCES:

   For Plaintiff:    Matthew Ebert and Joseph Teirab, Assistant U.S. Attorneys
   For Defendant:  Marcus Almon, CJA Appointed Attorney

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Plea | BOP | SR |
|---|---|---|---|
| 2s | X | 27 months | 2 years |

☒ Special conditions of: **See J&C for special condition.**
☒ Restitution in the amount of $33,826.64 is due jointly and severally.
☒ Special assessment in the amount of $100.00 due immediately.
☒ Count 1s is dismissed on motion by the Government.
☒ Filings ECF Nos 115 and 116 shall remain sealed or restricted for 10 years. (1/7/2032)
☒ Defendant is released on the conditions of pretrial release. Defendant shall voluntarily surrender to his place of confinement on 3/7/22 by 11:00 a.m. If a designation has not been determined by that date or the defendant prefers, he may shall surrender to the US. Marshal Services in Minneapolis, MN on 3/7/22 by 11:00 a.m.

Date: January 7, 2021

                                                                                                                  s/KW
                                                                                   Courtroom Deputy to Judge Nancy E. Brasel