Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Samuel Elliott Frey

Docket No. 0864 0:20CR00129-001(NEB)

Petition on Supervised Release

COMES NOW **Trista Buttera**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Samuel Elliott Frey** who was sentenced for Conspiracy to Commit Arson on January 7, 2022, by the Honorable Nancy E. Brasel, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in drug/alcohol treatment program
- No contact with victim(s)
- Mental Health Counseling/Treatment/Medication
- Financial disclosure

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Frey will be released from the Bureau of Prisons on May 15, 2024, without an approved residence.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

The defendant shall reside for a period of up to 90 days in a residential reentry center as approved by the probation officer and shall observe the rules of that facility.

| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this ___7th___ day of ___May 2024___, and ordered filed and made a part of the records in the above case. | s/ *Trista Buttera* <br> Trista Buttera <br> U.S. Probation Officer <br> Telephone: 612-664-5445 |
| s/Nancy E. Brasel <br> Honorable Nancy E. Brasel <br> U.S. District Judge | Executed on   May 7, 2024 <br> Place   Minneapolis <br><br> Approved: <br><br> s/*Mathias R. Antony* <br> Mathias R. Antony <br> Supervising U.S. Probation Officer |